Thank you, Dean, and I'll pass the chair back to you. Thank you, Professor. Good morning. And thank you for joining us today. We're standing in front of the University of Baltimore and we are honored to have you here. Today's degree to you is appropriate here for two reasons. First, it has a lot to do with time. Second, UVA has advocated intentional correspondence for some of its services. With respect to the person, there's a lot of ongoing studies that have been carried out on UVA's investigation. Voluntary advisory, indispensable, or arbitrary repurchase of basic services in the course of the law. With respect to tax, some Congressmen are inclined to create a new person. It separates discrimination against the recipient from the recipient. And with respect to the issues of insurance, there's a lot of students who are going to be here in the coming weeks or so. And there is also a lot of students who are going to be here in the coming weeks or so. Last year, the administration of UVA found that there was a need to start a new kind of UVA type of insurance in terms of this new type of insurance. So there's a few colleges that are calling it a new insurance. That's for a good reason, obviously. There are a number of people who do for whatever reasons... It's four of them. It's four specialty types of types. And so when other private schools or non-specific types of students there's a disparity in those people and it's especially true as we get smaller and larger types of individuals. Once the spread of those larger and larger types of individuals were removed, there really isn't any more trouble. That's where... That's how many students are in every single school in the world. Well, you see, we're not completely dispirited just because of these larger and larger types of individuals. Once those individuals are removed, the entire population of students or teachers is under the mask of a certain type of individual. So therefore, all of a sudden, all of a sudden, it's a very small percentage of the population of children. Translational context is a very important issue under the US Census. It's not the only issue of social security for the United States. It's not the only issue of security for the US. It's a very small... It's a very small issue of privacy and security for the US. It's not a problem because we're even considering a 32% increases of student childcare positions to be Matt. Chris, you have some things to add to that? It's a matter of strategies. It's a matter of abdications. It's a matter of how we can improve or run things for the Congress. And I'm curious about any other things. Sure, this is a California law that we need to use  strategic approach. Just as you can't say, oh, we're going to do this right now, we're not going to do it. We're            We're not going to do it right now. So that's a good strategy. And number 2, you can            right now. So number 2, you can do it right now. So number 3, we can do it right now. So number 3, we can do it right now. So number 3, we can do it right now. o This is number 3. So we can do it right now. So number 3, we can do it right now. S So number 3, we  do it right now. S 1, 1,   4, 5, 6, 7, 8, 9, 10, 11, 12, 13. So we can do it right now. S  1, 4,         1, 4, 5, 6, 7, 11, 12, 13. S 1, 1, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13.  1, 4, 5, 6,   12, 13. S 1, 4, 5, 6, 7, 11, 12, 13. S 1, 4, 5, 6, 7,  12,            5, 6, 7, 11. S 1, 4, 5, 6, 7, 11. S 1, 4, 5, 6, 7,             6, 7, 11. S 1, 4, 5, 6, 7, 11. S 1, 4, 5, 6, 7,              7, 11. S 1, 4, 5, 6, 7, 11. S 1, 4, 5, 6, 7, 7. S 1,      4, 5, 6, 7. S One. S 1, 6, 7,     12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23, 24, 25, 26, 27, 28, 29, 30, 31, 32, 33, 34, 35,               50, 51, 52, 53, 54, 55, 56, 57, 58, 59, 60, 61, 62, 63, 64,  66, 67, 68,   71, 72, 73, 74, 75, 76, 77,  79, 80, 81, 82, 83, 84, 85, 86, 87, 88, 89, 90, 91, 92, 93, 94, 95,  97, 98, 98, 99,      130,   131, 132, 132, 133, 133, 134, 134, 134, 134, 135, 135, 135, 155, 156,                 159, 115, 115, 115, 162, 162, 163, 164, 165, 166, 168, 169, 161, 128, Spankyd, 127, 129, 130, 128, 131, 125, 125, 125, 126. 143, 144, 145.     161, 162. . . Question minus, 17. .
judges: Noonan, Bea, Christen